**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7632

CHARLES A. DUNN, SR.,

Plaintiff - Appellant,

versus

DOCTOR TESSEMA; RAZAAK ENIOLA, Doctor; PRISON
HEALTH SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:06-cv-
00573-RWT)

Submitted: December 21, 2006          Decided: January 5, 2007

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Dunn, Sr., Appellant Pro Se.  Donald Joseph Crawford,
ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Dunn, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Dunn's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Dunn v. Tessema</u>, No. 8:06-cv-00573-RWT (D. Md. filed Sept. 7, 2006; entered Sept. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>